# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**UNITED STATES**

**VS.**  CV. No. 3:12CR74 (WWE-4)

**LAMONT REED**  USCA No. 14-3812

## INDEX TO THE RECORD ON APPEAL

|  | Document No. |
|---|---|
| Complaint | 1 |
| Plea Agreement | 673 |
| Findings and Recommendations | 674 |
| Presentence Investigation Report (Draft) | 831 |
| Presentence Investigation Report | 877 |
| Sentencing Memorandum | 880 |
| Judgment | 975 |
| Notice of Appeal | 1003 |
| Sentencing Transcript | 1014 |